NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7083

JAMES ANDERSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 06-1724, Judge Alan G. Lance Sr.

ON MOTION

O R D E R

Upon consideration of Kenneth M. Carpenter's motion for leave to withdraw as counsel for James Anderson,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Anderson's brief (form enclosed) is due within 30 days of the date of filing of this order.

FOR THE COURT

SEP 11 2009

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

cc:    Kenneth M. Carpenter, Esq.
James Anderson (informal brief form enclosed)
Allison Kidd-Miller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2009

JAN HORBALY
CLERK